IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

DOE DONUTS LLC and CARLY SITNER,    )
                                    )
            Plaintiffs,             )    TC-MD 170026G
                                    )
        v.                          )
                                    )
DEPARTMENT OF REVENUE,              )
State of Oregon,                    )
                                    )
            Defendant.              )    **FINAL DECISION**[1]

Plaintiffs appealed Defendant's Notice of Assessment, dated January 4, 2017, for the

period ending June 30, 2016.  Defendant filed a Motion to Dismiss on February 21, 2017, stating

that it had abated the assessment from which Plaintiffs appealed.  Plaintiffs did not file a

response to Defendant's Motion to Dismiss and did not appear at the time set for a case

management conference.  Because Defendant agreed to provide relief, this matter is ready for

decision.  Now, therefore,

IT IS THE DECISION OF THIS COURT that Defendant shall abate its Notice of

Assessment, dated January 4, 2017, for the period ending June 30, 2016.

Dated this ____ day of March, 2017.

_____
POUL F. LUNDGREN
MAGISTRATE

*If you want to appeal this Final Decision, file a complaint in the Regular Division of the
Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand
delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision or this
Final Decision cannot be changed.  TCR-MD 19 B.*
*This document was filed and entered on March 31, 2017.*

---

[1] This Final Decision incorporates without change the court's Decision, entered March 14, 2017.  The court
did not receive a statement of costs and disbursements within 14 days after its Decision was entered.  *See* Tax Court
Rule–Magistrate Division (TCR–MD) 16 C(1).